IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-CV-425-FL

| | |
|---|---|
| PONCHITA COTTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN COLVIN, )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **ORDER** |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $8,591.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. Upon receipt of the § 406(b) fee, Plaintiff will be reimbursed the EAJA fee of $3,600.50 by counsel.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $8,591.00 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

This the 3rd day of January, 2017.

_____
United States District Judge Louise W. Flanagan